UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

MICHAEL GLYN BROWN,                          CASE NO. 13-11484-RAM
                                             CHAPTER 11
    Debtor.
_____/

### NOTICE OF FILING ORDER FOR CAPIAS FOR ARREST OF RESPONDENT

Creditor, Rachel Brown, by and through the undersigned attorney, hereby files this Order for Capias for Arrest of Respondent, entered in the 309th Judicial District Court of Harris County Texas, in re R.B. vs. M.G.B., cause no.: 2011-01272, on the 7th day of February 2013.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: February 8, 2013

                                            FURR AND COHEN, P.A.
                                            *Attorney for Creditor*
                                            One Boca Place, Suite 337W
                                            2255 Glades Road
                                            Boca Raton, FL 33431
                                            Telephone: (561) 395-0500
                                            Facsimile: (561) 338-7532

                                            BY:   /s/ Alan R. Crane
                                                  Alan R. Crane
                                                  Florida Bar No.: 0963836
                                                  E-mail: acrane@furrcohen.com

VIA ECF:
- Michael R. Bakst   efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com
- Alan R Crane   acrane@furrcohen.com, pmouton@furrcohen.com
- Brett A Elam   belam@brettelamlaw.com, info@brettelamlaw.com;mreitzell@brettelamlaw.com;amanda@brettelamlaw.com
- Anthony Kang   akang@arnstein.com
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- Robert F. Reynolds   rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com

CASE NUMBER 2011-0121

R.B.

vs.

M.G.B.

* IN THE 309TH JUDICIAL DISTRICT COURT OF

* HARRIS COUNTY, TEXAS

## ORDER FOR CAPIAS FOR ARREST OF RESPONDENT

On this the 7TH day of February, 20 13, upon the Court's call of the Motion to hold in contempt the RESPONDENT, MICHAEL GLYN BROWN, pursuant to the ~~affidavit of~~ COMPLAINANT, of RACHEL BROWN, alleging that RESPONDENT has failed to comply with orders ~~make payments of child support~~ as ordered by this Court, and it appearing that said RESPONDENT, although served with notice to appear at a time and place certain, then and there to show cause why he should not be held in contempt, wholly FAILED TO APPEAR.

THEREFORE, IT IS ORDERED that the Clerk of this Court issue a CAPIAS FOR THE ARREST OF THE RESPONDENT, directed to any Peace Officer of the State of Texas, commanding him to arrest and take into his custody the body of the RESPONDENT, MICHAEL GLYN BROWN, and him safely keep, notify this Court immediately of his arrest and bring him before this Court INSTANTER, or if this Court is not in session, then him safely keep and have him before this Court on or before the first working day of this Court after the arrest of the RESPONDENT.

IT IS ORDERED that the RESPONDENT be released upon the posting of ~~an appearance bond or security~~ bond in the amount of $ 500,000.00, ~~or a cash bond in the amount of $~~_____.

IT IS ORDERED that if the RESPONDENT is taken into custody and released on bond, the bond shall be conditioned on the RESPONDENT'S promise to appear in this Court for a hearing as required by this Court without the necessity of further personal service of notice to the RESPONDENT.

In conformance with Section 157.102, Texas Family Code, the Capias shall be treated by law enforcement officials in the same manner as an arrest warrant for a criminal offense, and shall enter the Capias in the computer records for outstanding warrants maintained by the local police, sheriff and Department of Public Safety.

SIGNED and ENTERED this 7 day of February, 20 13.

_____
JUDGE PRESIDING

CIVFC09 Revised 1/5/2000

DESCRIPTOR INFORMATION FORM
ON RESPONDENT

CAUSE NO: 2011-61272     IN THE 309TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

STYLE: R.B    vs.    M.G.B.

THIS FORM IS TO BE COMPLETED BY THE PARTY REQUESTING ISSUANCE OF A CAPIAS UNDER SECTION 157.103 OF THE TEXAS FAMILY CODE.

FULL NAME OF RESPONDENT: MICHAEL GLYN BROWN
ADDRESS OF RESPONDENT: 2001 Collins Ave #3809
Miami Beach, FL 33139

RESPONDENT'S DATE OF BIRTH: [redacted]

IF BIRTHDATE UNKNOWN, APPROXIMATE AGE OF RESPONDENT:
RESPONDENT'S SOCIAL SECURITY NO: [redacted]
RESPONDENT'S DRIVER'S LICENSE NO: [redacted]
RESPONDENT'S RACE: W    SEX: M    HEIGHT: 5'10"    WEIGHT: 175
ALIAS NAMES, if any: None

OTHER IDENTIFYING MARKS: None

CIVFC09 Revised 1/5/2000

