**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL GLYN BROWN, | § | CASE NO. 13-35892-H4-11 |
| | § | |
| LIONHEART COMPANY, INC. | § | CASE NO. 13-36390 |
| | § | |
| CASTLEMANE, INC. | § | CASE NO. 13-36407 |
| | § | |
| PRORENTALS, INC. | § | CASE NO. 13-36408 |
| | § | |
| SUPERIOR VEHICLE LEASING CO., INC. | § | CASE NO. 13-36410 |
| | § | |
| MG BROWN COMPANY, LLC | § | CASE NO. 13-36411 |
| | § | |
| DEBTORS | § | (Jointly administered under Case |
| | § | No. 13-35892-H4-11) |

**NOTICE OF FILING OF APPRAISAL OF ARTWORK LOCATED AT 106 CENTRAL PARK SOUTH, UNIT 24A, NEW YORK, NY 10019**

TO THE HONORABLE JEFF BOHM, CHIEF UNITED STATES BANKRUPTCY JUDGE, AND ALL CREDITORS AND PARTIES-IN-INTEREST:

Ronald J. Sommers (the "Trustee"), in his capacity as duly-appointed Chapter 11 Trustee for Michael Glyn Brown ("Dr. Brown" or the "Debtor"), files this *Notice of Filing of Appraisal of Artwork Located at 106 Central Park South, Unit 24A, New York, NY 10019* (the "Notice").

On November 7, 2013, Robert Alexander Boyle ("Boyle"), the proposed artwork appraiser and broker for the Trustee, conducted a visual inspection of the artwork (the "Artwork") located at 106 Central Park South, Unit 24A, New York, NY 10019 (the "New York Apartment"). Boyle has prepared an appraisal of the Artwork, a true and correct copy of which is attached hereto as **Exhibit A** (the "Appraisal").

This Notice is being filed for informational and notice purposes only. The Trustee hereby reserves and preserves, and expressly does not waive, his right and/or Boyle's right to amend,

supplement, and/or revise any or all information set forth in the Appraisal, including but not limited to the value estimates contained therein. The information contained in the Appraisal shall not be construed as admissions by the Trustee, shall not bind the Trustee, and shall not form the basis for estoppel against the Trustee.

        Respectfully Submitted,

By: */s/ Spencer D. Solomon*_____
    Gretchen G. McCord
    Texas Bar No.  00798203
    gmccord@nathansommers.com
    Spencer D. Solomon
    Texas Bar No.  24066117
    ssolomon@nathansommers.com
    Richard A. Kincheloe
    Texas Bar No. 24068107
    rkincheloe@nathansommers.com

Nathan Sommers Jacobs,
A Professional Corporation
2800 Post Oak Blvd. 61st Floor
Houston, TX 77056
(713) 960-0303 (main)
(713)892-4800 (fax)

**ATTORNEYS FOR RONALD J. SOMMERS, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 21, 2013, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Spencer D. Solomon*_____
Spencer D. Solomon
